THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN KUSHNIERUK, Appellant.

(Argued January 16, 1918; decided February 5, 1918.)

APPEAL from a judgment of the Supreme Court, rendered May 31, 1917, at a Trial Term for the county of Essex upon a verdict convicting the defendant of the crime of murder in the first degree.

*Patrick J. Tierney* and *P. J. Finn* for appellant.

*O. Byron Brewster* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.